| | |
|---|---|
| 1 | M. PATRICIA THAYER (Bar No. 090818) |
| 2 | HELLER EHRMAN LLP<br>333 Bush Street |
| 3 | San Francisco, CA 94104-2878 |
| 4 | Telephone: (415) 772-6000<br>Facsimile: (415) 772-6268 |
| 5 | |
| 6 | WARREN J. RHEAUME (admitted *pro hac vice*)<br>HELLER EHRMAN LLP |
| 7 | 701 Fifth Avenue, Suite 6100<br>Seattle, WA 98104-7098 |
| 8 | Telephone: (206) 447-0900<br>Facsimile: (206) 447-0849 |
| 9 | |
| 10 | JAMES R. KNOX (Bar No. 177435)<br>HELLER EHRMAN LLP |
| 11 | 275 Middlefield Road<br>Menlo Park, CA 94025 |
| 12 | Telephone: (650) 324-7000 |
| 13 | Facsimile: (650) 324-0638 |
| 14 | Attorneys for Defendant |
| 15 | *Pacific Award Metals, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| UNITED STATES GYPSUM COMPANY,<br><br>Plaintiff,<br>v.<br>PACIFIC AWARD METALS, INC.,<br><br>Defendant | | Case No. C 04-04941 JSW<br><br>**STIPULATION RE BRIEFING SCHEDULE** |

**STIPULATION RE BRIEFING SCHEDULE**
**CASE NO. C 04-4941 FMS**

The Joint Case Management Statement filed March 28, 2005 provides specific dates for the filing of the parties' claim construction briefs. The parties wish to agree to a new schedule for the claim construction briefing, and hereby stipulate and agree to the following briefing schedule:

| | |
|---|---|
| Plaintiff's opening claim construction brief (Pat. L.R. 4-5) | 08-18-05 |
| Defendant's response brief on claim construction (Pat. L.R. 4-5) | 09-07-05 |
| Plaintiff's reply brief on claim construction (Pat. L.R. 4-5) | 09-16-05 |

The foregoing revised schedule will not affect the schedule in this case because the original September 8, 2005 date for the claim construction hearing and August 25, 2005 date for the tutorial have been vacated.

Dated: July 20, 2005            /s/
                                       Thomas W. Jenkins, Attorney for Plaintiff

Dated: July 20, 2005            /s/
                                       James R. Knox, Attorney for Defendant

**IT IS SO ORDERED**
**Judge Jeffrey S. White**

July 25, 2005

**STIPULATION RE BRIEFING SCHEDULE**
**CASE NO. C 04-4941 FMS**                  2