IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES GYPSUM COMPANY,

    Plaintiff,

    v.

PACIFIC AWARD METALS INC,

    Defendant.
_____/

No. C 04-04941 JSW

**ORDER SETTING STATUS CONFERENCE**

    This matter has been reassigned to this Court upon the retirement of Judge Fern M. Smith. The parties are HEREBY ORDERED to appear for a status conference on **Friday, August 19, 2005 at 1:30 p.m.** for the purposes of resetting currently scheduled dates. The parties shall consult the Court's calendar and shall submit a proposed case management schedule by no later than August 12, 2005 with proposed deadlines for this proceeding.

    **IT IS SO ORDERED.**

Dated: July 25, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE