IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES GYPSUM CO,

    Plaintiff,

    v.

PACIFIC AWARD METALS INC,

    Defendant.
_____/

No. C 04-04941 JSW

**ORDER RE JOINT CLAIM CONSTRUCTION STATEMENT**

    The Court has received the parties' joint claim construction statement and refers them to this Court's Standing Order for Patent Cases. The Court HEREBY ORDERS the parties to supplement the joint statement by submitting "a list of each disputed term, phrase, or clause (listed by claim); each party's proposed construction; and support for each party's proposed construction *side by side.*"

    The parties shall submit this supplemental statement by no later than September 16, 2005.

**IT IS SO ORDERED.**

Dated: August 22, 2005

                                                JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE