**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES GYPSUM CO,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC AWARD METALS INC,<br><br>    Defendant.<br>_____/ | No. C 04-04941 JSW<br><br>**ORDER REFERRING DISCOVERY TO RANDOMLY ASSIGNED MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, this matter is referred to a randomly assigned Magistrate Judge for resolution of all discovery matters.

**IT IS SO ORDERED.**

Dated: August 22, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom