IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES GYPSUM COMPANY,

    Plaintiff,

    v.

PACIFIC AWARD METALS INC.,

    Defendant.

No. C 04-04941 JSW

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

This matter comes before the Court upon consideration of Plaintiff's motion for leave to file an amended complaint. Defendant does not oppose Plaintiff's motion. Accordingly, given the liberal standards permitting amendment pursuant to Federal Rule of Civil Procedure 15 and the lack of opposition to the motion, leave to amend is GRANTED.

Plaintiff's amended complaint (Docket No. 58) shall be deemed filed as of the date of this Order and Defendant's responsive pleading shall be due twenty (20) days thereafter.

**IT IS SO ORDERED.**

Dated: September 19, 2005

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE