1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11   UNITED STATES GYPSUM COMPANY,          | Case No.:  C04-04941 JSW

12                            laintiff,     | **PLAINTIFF'S AND DEFENDANT'S
                                            | MISCELLANEOUS**
13                                          | **ADMINISTRATIVE REQUEST TO**
     v.                                     | **BRING EQUIPMENT AND**
14                                          | **DEMONSTRATIVE EXHIBITS**
                                            | **INTO COURTROOM FOR**
15   PACIFIC AWARD METALS, INC.,            | **MARKMAN TUTORIAL AND**
                                            | **HEARING**
16                            Defendant.    |

17

18                                          | Tutorial Date: October 26, 2005, 2 p.m.
                                            | Hearing Date: November 2, 2005, 2 p.m.
19                                          | Courtroom:    2, 17th Floor
                                            | Judge:        Jeffrey S. White
20

21

22

23

24

25

26

27

28

1  Pursuant to Local Rule 7-10(B), Plaintiff United States Gypsum Company ("US

2  Gypsum") and Defendant Pacific Award Metals, Inc. ("Pacific Award") hereby request

3  permission to bring into the courtroom laptop computer, audio-video equipment and

4  demonstrative exhibits (including several large models using drywall and other construction

5  materials) to facilitate the Markman tutorial on October 26 and the Markman hearing on

6  November 2 for this matter.  Counsel for US Gypsum and Pacific Award will share the

7  audio-video equipment in the interest of limiting the amount of equipment in the courtroom

8  and expediting the tutorial and hearing.

9  DATED:  October 19, 2005         HELLER EHRMAN LLP

10

11                                  By:   /s/ M. Patricia Thayer

12                                  M. Patricia Thayer (Bar No. 090818)
                                    HELLER EHRMAN LLP
13                                  333 Bush Street
14                                  San Francisco, California  94104-2878
                                    Telephone: (415) 772-6000
15                                  Facsimile: (415) 772-6268

16                                  Attorneys for Defendant
17                                  PACIFIC AWARD METALS, INC.

18 DATED:  October 19, 2005         HOWREY SIMON ARNOLD & WHITE

19

20                                  By:   /s/ Michael P. Padden

21                                  Michael P. Padden
                                    Thomas W. Jenkins
22                                  Howrey Simon Arnold & White
23                                  321 North Clark Street
                                    Chicago, IL  60610
24                                  Tel:  (312) 595-1535
                                    Fax:  (312) 595-2250
25

26            ATTESTATION OF E-FILED SIGNATURE

27     I, M. Patricia Thayer, attest that signatory Michael P. Padden has read and approved

28  this Administrative Request and consents to its filing in this action.  I will maintain an

1

MISC. ADMIN. REQUEST TO BRING EQUIPMENT INTO COURTROOM FOR MARKMAN TUTORIAL AND HEARING::
CASE NO. C04-04941 JSW

1   executed copy of this Administrative Request in our files that can be made available for

2   inspection upon request.

3                                                    By:   /s/ M. Patricia Thayer

4                                                              E-FILER

5

6   SO ORDERED:

7
    Dated:   October 19         , 2005
8

9                                              _Jeffrey S White_

10                                      The Honorable Jeffrey S. White

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2

MISC. ADMIN. REQUEST TO BRING EQUIPMENT INTO COURTROOM FOR MARKMAN TUTORIAL AND HEARING::
CASE NO. C04-04941 JSW