IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GYPSUM CO., | No. C 04-4941 JSW (MEJ) |
| Plaintiff, | |
| vs. | **ORDER RE: TELEPHONIC CONFERENCE CALL** |
| PACIFIC AWARD METALS, INC., | |
| Defendant. | |

The Parties submitted a Joint Meet and Confer letter to the Court dated October 25, 2005. The dispute centered around whether two of Defendant's employees, Mr. Wesley Dunham and Ms. Kathy Bunker, could have access to Plaintiff's trade secrets disclosures. Given the nature of the dispute, this Court held a telephonic conference call on Friday, November 4, 2005, to allow the parties to present their respective positions.

After careful consideration of Parties' joint letter, the documents filed under seal, and oral arguments made during the telephonic conference call, the Court hereby ORDERS as follows:

1.) Mr. Dunham and Ms. Bunker are allowed access to Plaintiff's trade secret disclosures;

2.) Mr. Dunham and Ms. Bunker are to sign onto the Protective Order; and

3.) If Mr. Dunham or Ms. Bunker violate the Protective Order, they will be held personally liable.

**IT IS SO ORDERED**.

Dated: December 1, 2005

MARIA-ELENA JAMES
United States Magistrate Judge