Benjamin K. Riley (SBN 112007)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Michael P. Padden *(Pro Hac Vice)*
Thomas W. Jenkins *(Pro Hac Vice)*
HOWREY LLP
321 North Clark Street
Chicago, IL 60610-4714
Telephone: (312) 595-1239
Facsimile: (312) 595-2250

Michael M. Geoffrey (Of Counsel)
Chief Intellectual Property Counsel
USG Corporation
125 South Franklin Street
Chicago, IL 60606-4678

Attorneys for Plaintiff
UNITED STATES GYPSUM COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES GYPSUM COMPANY,<br>Plaintiff,<br>vs.<br>PACIFIC AWARD METALS, INC.,<br>Defendant. | Case No. C04-04941 JSW<br>**THE PARTIES' JOINT STIPULATION AND MOTION TO EXTEND THE DATE FOR THE CLOSE OF FACT DISCOVERY UNTIL JANUARY 31, 2006; [~~PROPOSED~~] ORDER** |

## STIPULATION AND MOTION

Pursuant to this joint stipulation and motion, Plaintiff United States Gypsum Company and Defendant Pacific Award Metals, Inc., through counsel, hereby respectfully request that this Court extend the date for the close of fact discovery in this case by approximately three weeks, from January

9, 2006 to January 31, 2006, to allow for the orderly completion of fact discovery in this matter. This requested extension will not require any change in the subsequent trial schedule in this matter as set by the Court.

This matter is currently scheduled for trial on August 7, 2006. Expert reports on the issues for which the party bears the burden of proof are due on February 17, 2006. Final Invalidity Contentions of Defendant are to be served on December 28, 2005, and the fact discovery cut-off date is currently January 9, 2006. The parties have completed supplementation of discovery disclosures and are now in the process of scheduling and taking about 20 depositions.

In view of the intervening Holidays and the recent claim construction ruling, the parties' respectfully request that the Court grant an extension of approximately three weeks, to January 31, 2006, for the fact discovery cut-off only, in order that the parties may complete fact discovery in an agreed and orderly fashion. This short extension of fact discovery will not require any other changes in the current trial schedule set by the Court.

WHEREFORE, the parties respectfully request an extension of the fact discovery cut-off to January 31, 2006, to allow the completion of fact discovery.

DATED: December 19, 2005

HOWREY LLP

Benjamin K. Riley
Attorneys for Plaintiff
UNITED STATES GYPSUM COMPANY

DATED: December 19, 2005

HELLER EHRMAN WHITE & MCAULIFFE

M. Patricia Thayer
Attorneys for Defendant
PACIFIC AWARD METALS, INC.

-2-

HOWREY SIMON ARNOLD & WHITE

JOINT STIPULATION AND MOTION TO EXTEND THE DATE FOR FACT DISCOVERY CUT-OFF

DM US\8291663.v2

**~~[PROPOSED]~~ ORDER**

Based on the foregoing Joint Stipulation and Motion, and good cause appearing therefore,

The Court Hereby Extends the fact discovery cut-off to and including January 31, 2006. All other pre-trial and trial dates set by this Court shall remain the same.

Dated: December 20, 2005

Hon. Jeffrey S. White
United States District Court Judge

-3-

HOWREY SIMON ARNOLD & WHITE

JOINT STIPULATION AND MOTION TO EXTEND THE DATE FOR FACT DISCOVERY CUT-OFF

DM_US\8291663.v2