M. Patricia Thayer (Bar No. 090818)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Warren J. Rheaume (admitted *pro hac vice*)
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098
Telephone: (206) 447-0900
Facsimile: (206) 447-0849

Colbern C. Stuart (Bar No. 177897)
Nicole S. Cunningham (Bar No. 234390)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego CA 92122
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

Attorneys for Defendant
*Pacific Award Metals, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES GYPSUM COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC AWARD METALS, INC.,<br><br>Defendant. | Case No.: C04-04941 JSW<br><br>[PROPOSED] ORDER<br><br><br><br>The Honorable Jeffrey S. White |

JOINT STIPULATION AND MOTION FOR ONE WEEK EXTENSION OF TIME TO SERVE EXPERT REPORTS

Based on the foregoing Joint Stipulation and Motion, and good cause appearing therefore,

The Court Hereby Extends the time to serve expert reports to and including February 24, 2006 for expert reports on issues for which the party bears the burden of proof and to March 22, 2006 for rebuttal expert reports. The Court Hereby Extends the date to move to compel discovery to and including February 17, 2006. All other pre-trial and trial dates set by this Court shall remain the same.

DATED: February 13, 2006

_____
Hon. Jeffrey S. White
United States District Court Judge

SF 1235573 v1