M. Patricia Thayer (Bar No. 090818)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Warren J. Rheaume (admitted *pro hac vice*)
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098
Telephone: (206) 447-0900
Facsimile: (206) 447-0849

Colbern C. Stuart (Bar No. 177897)
Nicole S. Cunningham (Bar No. 234390)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego CA 92122
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

Attorneys for Defendant
*Pacific Award Metals, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES GYPSUM COMPANY,<br><br>                              Plaintiff,<br><br>     v.<br><br>PACIFIC AWARD METALS, INC.,<br><br>                              Defendant. | Case No.: C04-04941 JSW<br><br>[~~PROPOSED~~] ORDER REGARDING PARTIES' JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT'S FIRST COUNTERCLAIM<br><br>The Honorable Jeffrey S. White |

~~PROPOSED~~ ORDER                                                                   CASE NO. C04-04941 JSW

[~~PROPOSED~~] ORDER

Based on the foregoing Joint Stipulation, and good cause appearing therefore,

The Court Hereby Dismisses Defendant's First Counterclaim without prejudice.

DATED: March 11, 2006

_____
Hon. Jeffrey S. White
United States District Court Judge