1  Benjamin K. Riley (112007)
   HOWREY LLP
2  525 Market Street, Suite 3600
   San Francisco, California 94105
3  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
4
   Michael P. Padden
5  Thomas W. Jenkins
   HOWREY LLP
6  321 North Clark Street
   Chicago, Illinois 60610-4714
7  Telephone: (312) 595-1239
   Facsimile: (312) 595-2250
8
   Michael M. Geoffrey (of counsel)
9  Chief Intellectual Property Counsel
   USG Corporation
10 125 South Franklin Street
   Chicago, Illinois 60606-4678
11
   Attorneys for Plaintiff
12 UNITED STATES GYPSUM COMPANY

13                        UNITED STATES DISTRICT COURT

14                       NORTHERN DISTRICT OF CALIFORNIA

15

16  UNITED STATES GYPSUM COMPANY,        Case No. C04-04941 JSW

17          Plaintiff,                    **THE PARTIES' REVISED JOINT
                                          STIPULATION TO PLACE SPECIFIC
18      vs.                               EXHIBITS TO PREVIOUSLY FILED
                                          PLEADINGS UNDER SEAL;
19  PACIFIC AWARD METALS, INC.,           [PROPOSED] ORDER THEREON**

20          Defendant.

21                                        The Honorable Jeffrey S. White

22

23

24

25

26

27

28

DM US\8335607.v4

Pursuant to the discussion with the Court at the Case Management Conference on April 14, 2006, the Court's April 17, 2006 Order Denying Without Prejudice the parties' original Stipulation to Place Documents Under Seal, and Local Rule 79-5, Plaintiff United States Gypsum Company ("USG") and Defendant Pacific Award Metals, Inc. ("Award") respectfully inform the Court as follows:

1. In keeping with the admonition of Local Rule 79-5 that any motion to seal "must be narrowly tailored to seek sealing of only sealable material," the parties have agreed that Award's previously filed Motion for Administrative Relief Requesting Leave to File a Motion for Summary Judgment, filed on April 7, 2006 (Docket No. 164), may remain locked and inaccessible to the public. In its place, Award proposes to file an Amended Motion for Administrative Relief Requesting Leave to File a Motion for Summary Judgment which will omit certain words contained in Award's original filing to which USG objected as disclosing trade secrets.

2. USG requests the Court to seal Exhibits 1 and 2 to the Declaration of Michael P. Padden in Support of Opposition of Plaintiff United States Gypsum Company to Defendant's Motion for Administrative Relief Requesting Leave to File a Second Motion for Summary Judgment, filed on April 12, 2006 (Docket No. 166). These two Exhibits — Plaintiff's Response to Defendant's Second Set of Interrogatories (No. 10) and Plaintiff's Disclosure of Trade Secrets — set forth specific and confidential descriptions of the USG's claimed trade secrets that were designated as Confidential and/or Confidential Outside Attorneys' Eyes Only under the Protective Order entered in this case.

3. USG has elected <u>not</u> to seek the sealing/redaction of its previously filed Opposition to Defendant's Motion for Administrative Relief Requesting Leave to File a Second Motion for Summary Judgment, filed on April 12, 2006 (Docket No. 165).

Accordingly, the parties respectfully request that the Court instruct the clerk: to lock and make inaccessible Award's previously filed Motion for Administrative Relief Requesting Leave to File a Motion for Summary Judgment; to allow Award to file its Amended Motion for Administrative Relief Requesting Leave to File a Motion for Summary Judgment; and to seal Exhibits 1 and 2 to the Padden Declaration filed on April 12, 2006.

1  The parties understand that, despite the re-filing of Defendant's motion and the sealing of
2  certain exhibits filed by Plaintiff, the Court has already denied Defendant's Motion for
3  Administrative Relief Requesting Leave to File a Second Motion for Summary Judgment, and thus
4  that the Court will take no further action on that motion.

5

6  DATED: April 26, 2006

7
                                              Respectfully submitted,
8
                                              HOWREY LLP
9

10

11                                                 /s/  Benjamin K. Riley
                                              Benjamin K. Riley
                                              Attorneys for Plaintiff
12                                            UNITED STATES GYPSUM COMPANY

13

14

15

16  APPROVAL AS TO FORM:

17  HELLER EHRMAN LLP

18
         /s/  Warren J. Rheaume
19  Warren J. Rheaume
    (Approved by Telephone without presentment)
20  Attorneys for Defendant
    PACIFIC AWARD METALS, INC.

21

22

23

24

25

26

27

28

2

DM_US\8335607.v4

## [PROPOSED] ORDER

Pursuant to the above stipulation of counsel and good cause shown therefor, it is hereby Ordered as follows:

1. The Motion for Administrative Relief Requesting Leave to File a Motion for Summary Judgment, filed by Defendant Pacific Award Metals on April 7, 2006 (Docket No. 164), shall remain locked and inaccessible to the public; in its place, Award shall file its Amended Motion for Administrative Relief Requesting Leave to File a Motion for Summary Judgment; and

2. The Clerk will seal Exhibits 1 and 2 to the Declaration of Michael P. Padden in Support of Opposition of Plaintiff United States Gypsum Company to Defendant's Motion for Administrative Relief Requesting Leave to File a Second Motion for Summary Judgment (filed on April 12, 2006, Docket No. 166).

3. The Clerk shall unlock docket no. 165 and make that document accessible to the public, and shall also unlock parts 1 (Declaration of Michael Padden) and 4 (Exhibit 3 of the Padden Declaration) of Docket No. 166. Parts 2 and 3 (Exhibits 1 and 2 of the Padden Declaration) shall remain locked and inaccessible.

IT IS SO ORDERED.

Dated: April 26, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

3

DM_US\8335607.v4