Benjamin K. Riley (SBN 112007)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Michael P. Padden
Thomas W. Jenkins
HOWREY LLP
321 North Clark Street, Suite 3400
Chicago, Illinois 60610-4714
Telephone: (312) 595-1239
Facsimile: (312) 595-2250

Michael M. Geoffrey (of counsel)
Chief Intellectual Property Counsel
USG Corporation
125 South Franklin Street
Chicago, Illinois 60606-4678

Attorneys for Plaintiff
UNITED STATES GYPSUM COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States Gypsum Company,<br><br>    Plaintiff,<br><br>    vs.<br><br>Pacific Award Metals, Inc.,<br><br>    Defendant. | Case No. C04-04941 JSW<br><br>**[PROPOSED] ORDER GRANTING UNITED STATES GYPSUM COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>The Honorable Jeffrey S. White<br><br>**DATE: June 2, 2006**<br>**TIME: 9:00 a.m.**<br>**DEPT: Courtroom 2, 17th Floor** |

Having considered Plaintiff United States Gypsum Company's Notice and Motion for Summary Judgment, Memorandum in Support Thereof, Defendant Pacific Award Metals' Opposition thereto, the oral argument of counsel for each party at the June 2, 2006 hearing on Plaintiff's motion, and the supporting papers and complete records and files of this action, and GOOD CAUSE HAVING BEEN SHOWN THEREFORE,

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment is granted. Judgment is hereby entered in favor of Plaintiff United States Gypsum Company on Defendant's counterclaims for false marking (Count II) and unfair competition (Count III).

IT IS SO ORDERED

Dated: _____, 2006

_____
The Honorable Jeffrey S. White
United States District Judge
For the Northern District of California