IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES GYPSUM COMPANY,

    Plaintiff,

    v.

PACIFIC AWARD METALS INC,

    Defendant.
                                            /

No. C 04-04941 JSW

**ORDER OF REFERRAL**

Having received the parties' Joint Status Report Regarding Alternative Dispute Resolution, pursuant to Local Rule 72-1, this matter is HEREBY REFERRED to Magistrate Judge LaPorte for a Settlement Conference.

**IT IS SO ORDERED.**

Dated: April 28, 2006

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

cc:    Wings Hom