IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GYPSUM COMPANY, | No. C-04-04941 JSW (EDL) |
| Plaintiff, | **ORDER FOLLOWING SETTLEMENT CONFERENCE** |
| v. | |
| PACIFIC AWARD METALS, INC., | |
| Defendant. | |

This Court held a Settlement Conference on May 25, 2006. The Court issues the following order. Defendant's client representative W. Brent Taylor shall respond to plaintiff's demand by telephone call to plaintiff's client representative C.B. Owen by May 31, 2006. Mr. Owen shall respond to Mr. Taylor by telephone by June 6, 2006. A further settlement conference is scheduled for **June 15, 2006 at 9:00 a.m.** The parties shall submit their updated confidential settlement conference statements no later than 1:00 p.m. on June 12, 2006. All other provisions of this Court's Notice of Settlement Conference and Order remain in effect.

**IT IS SO ORDERED.**

Dated: May 30, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge