```
 1  Benjamin K. Riley (112007)
    HOWREY LLP
 2  525 Market Street, Suite 3600
    San Francisco, California 94105
 3  Telephone: (415) 848-4900
    Facsimile: (415) 848-4999
 4
    Michael P. Padden (Pro Hac Vice)
 5  Thomas W. Jenkins (Pro Hac Vice)
    HOWREY LLP
 6  321 North Clark Street
    Chicago, Illinois 60610-4714
 7  Telephone: (312) 595-1239
    Facsimile: (312) 595-2250
 8
    Michael M. Geoffrey (of counsel)
 9  Chief Intellectual Property Counsel
    USG Corporation
10  125 South Franklin Street
    Chicago, Illinois 60606-4678
11
    Attorneys for Plaintiff
12  UNITED STATES GYPSUM COMPANY
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES GYPSUM COMPANY, | Case No. C04-04941 JSW |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO VACATE PRE-TRIAL DATES FOLLOWING ON-RECORD SETTLEMENT;** [PROPOSED] **ORDER THEREON** |
| vs. | |
| PACIFIC AWARD METALS, INC., | |
| Defendant. | The Honorable Jeffrey S. White |

DM_US\8357200.v1

The parties, though counsel, report as follows:

1. At the continued Settlement Conference before Magistrate Judge Elizabeth D. Laporte on June 15, 2006, a confidential settlement was reached and placed on the record. The client representatives of each party approved the terms of the settlement on the record. This settlement resolves all issues litigated in this case.

2. The parties have further agreed that the terms of the settlement will be memorialized in a written Settlement Agreement to be signed by the parties and approved by counsel as to form. The parties anticipate that the written Settlement Agreement will be completed by June 30, 2006 and that shortly thereafter the parties will submit to this Court a stipulation to dismiss this action.

3. Meanwhile, the Court's pre-trial deadlines require filing of motions in limine on June 21, 2006, and Trial Briefs, proposed Jury Instructions, Pre-Trial Conference Statement, and other documents on July 3, 2006. The Pre-Trial Conference is scheduled for July 17, 2006, and Trial is set for August 7, 2006, at 8:30 a.m.

4. Relief from the Court's pre-trial deadlines is appropriate so that the parties will be able to enjoy the reduced costs contemplated by them in entering into the settlement.

WHEREFORE, given the settlement of this matter, the parties respectfully request that the Court vacate all remaining Pre-Trial dates.

DATED: June 19, 2006

Respectfully submitted,

HOWREY LLP


_____/s/ Michael P. Padden_____
Michael P. Padden
Attorneys for Plaintiff
UNITED STATES GYPSUM COMPANY


HELLER EHRMAN LLP


_____/s/ Patricia M. Thayer_____

1

DM_US\8357200.v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Patricia M. Thayer
(Approved by Telephone/Email without presentment)
Attorneys for Defendant
PACIFIC AWARD METALS, INC.

DM_US\8357200.v1

**[PROPOSED] ORDER**

Pursuant to the above stipulation of counsel and good cause shown therefor, it is hereby Ordered that all Pre-Trial dates in this matter are hereby vacated. If the parties are unable to complete the written documentation relating to settlement by June 30, 2006, they should file a status report on that date advising the Court of that fact and the expected date of completion.

IT IS SO ORDERED.

Dated: June 20, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE